ACCEPTED
04-14-00626-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/6/2015 12:34:57 PM
KEITH HOTTLE
CLERK



**David Willborn**

**Guadalupe County Attorney**

*211 W. Court Street*

*Seguin, Texas 78155-5779*

*(830) 303-6130*

*FAX (830) 379-9491*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

2/6/2015 12:34:57 PM

KEITH E. HOTTLE
Clerk

February 6, 2015

TO:    Fourth Court of Appeals
300 Dolorosa
San Antonio, Texas

RE:    Alvin Valadez v. State of Texas 04-14-00626-CR

To Whom It May Concern,

My name is Chris Eaton with the Guadalupe County Attorney's Office. I will be the attorney representing the State of Texas above listed appeal. I have check with our local District Clerk and they do not have a copy of the Reporter's Record.

Therefore, I am requesting a copy of the Report's Record.

If you have any questions, please contact this office at (830) 303-6130 x 1342.

Sincerely,

Chris Eaton
Assistant County Attorney
Guadalupe County Attorney's Office